# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:   SCHEDULE OF HOLIDAYS      :   No. 606 Judicial Administration Docket
         FOR YEAR  2025 FOR STAFFS:
         OF THE APPELLATE COURTS :
         AND THE ADMINISTRATIVE    :
         OFFICE OF PENNSYLVANIA    :
         COURTS                    :

## ORDER

**PER CURIAM**:

AND NOW, this 27th day of December, 2023, it is hereby ordered that the following paid holidays for calendar year 2025 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | |
|---|---|
| January 01, 2025 | New Year's Day |
| January 20, 2025 | Martin Luther King, Jr. Day |
| February 17, 2025 | Presidents' Day |
| April 18, 2025 | Good Friday |
| May 26, 2025 | Memorial Day |
| June 19, 2025 | Juneteenth |
| July 04, 2025 | Independence Day |
| September 01, 2025 | Labor Day |
| October 13, 2025 | Columbus Day |
| November 11, 2025 | Veterans' Day |
| November 27, 2025 | Thanksgiving Day |
| November 28, 2025 | Day after Thanksgiving |
| December 25, 2025 | Christmas Day |